**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jerry<br>First name<br><br>E.<br>Middle name<br><br>Gumila<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2695 |  |

Debtor 1    Jerry E. Gumila                                                              Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

24 Clover Circle
Streamwood, IL 60107
Number, Street, City, State & ZIP Code

Cook
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   Jerry E. Gumila                                    Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

**11.** **Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    Jerry E. Gumila _____    Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    Jerry E. Gumila _____    Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Jerry E. Gumila                                                    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jerry E. Gumila
_____          _____
Jerry E. Gumila                                              Signature of Debtor 2
Signature of Debtor 1

Executed on    June 27, 2018                              Executed on   _____
                MM / DD / YYYY                                              MM / DD / YYYY

---

Debtor 1   Jerry E. Gumila                                                Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| /s/ Robert R. Benjamin | Date | June 27, 2018 |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Robert R. Benjamin
Printed name

Golan Christie Taglia LLP
Firm name

70 W. Madison
Suite 1500
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone   (312) 263-2300            Email address   rrbenjamin@gct.law

0170429 IL
Bar number & State

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jerry E. Gumila                                                         Case No.

_____    Chapter    7
                                              Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____    144

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   June 27, 2018                              /s/ Jerry E. Gumila
        _____                     _____
                                                  Jerry E. Gumila
                                                  Signature of Debtor

```
A & Z Home Health Care, Inc.
c/o Ronald G. Nagel, R.A.
920 W. 175th Street, Suite 5
Homewood, IL 60430


A & Z Home Health Care, Inc.
c/o Ronald G. Nagel, R.A.
920 W. 175th Street, Suite 5
Homewood, IL 60430


A & Z Home Health Care, Inc.
c/o Ronald G. Nagel, R.A.
920 W. 175th Street, Suite 5
Homewood, IL 60430


A & Z Home Health Care, Inc.
c/o Ronald G. Nagel, R.A.
920 W. 175th Street, Suite 5
Homewood, IL 60430


A & Z Home Health Care, Inc.
c/o Ronald G. Nagel, R.A.
920 W. 175th Street, Suite 5
Homewood, IL 60430


A & Z Home Health Care, Inc.
c/o Ronald G. Nagel, R.A.
920 W. 175th Street, Suite 5
Homewood, IL 60430


A & Z Home Health Care, Inc.
c/o Ronald G. Nagel, R.A.
920 W. 175th Street, Suite 5
Homewood, IL 60430


Adonis College of Nursing Inc.
c/o Akpevwe S. Olidge, R.A.
1313 East Sibley Boulevard
Dolton, IL 60419


Adonis College of Nursing Inc.
c/o Akpevwe S. Olidge, R.A.
1313 East Sibley Boulevard
Dolton, IL 60419
```

Adonis College of Nursing Inc.
c/o Akpevwe S. Olidge, R.A.
1313 East Sibley Boulevard
Dolton, IL 60419


Adonis College of Nursing Inc.
c/o Akpevwe S. Olidge, R.A.
1313 East Sibley Boulevard
Dolton, IL 60419


Adonis College of Nursing Inc.
c/o Akpevwe S. Olidge, R.A.
1313 East Sibley Boulevard
Dolton, IL 60419


Adonis College of Nursing Inc.
c/o Akpevwe S. Olidge, R.A.
1313 East Sibley Boulevard
Dolton, IL 60419


Adonis College of Nursing Inc.
c/o Akpevwe S. Olidge, R.A.
1313 East Sibley Boulevard
Dolton, IL 60419


Akpevwe S. Olidge
5801 Amlin Circle
Matteson, IL 60443


Akpevwe S. Olidge
5801 Amlin Circle
Matteson, IL 60443


Akpevwe S. Olidge
5801 Amlin Circle
Matteson, IL 60443


Akpevwe S. Olidge
5801 Amlin Circle
Matteson, IL 60443


Akpevwe S. Olidge
5801 Amlin Circle
Matteson, IL 60443

Akpevwe S. Olidge
5801 Amlin Circle
Matteson, IL 60443


Akpevwe S. Olidge
5801 Amlin Circle
Matteson, IL 60443


Allen Young
c/o Law Offices of Robert Orman
1 N. LaSalle Street, Suite 1775
Chicago, IL 60602


Associates In Pediatrics
1015 Summit Street
Suite B
Elgin, IL 60120


BMO Harris Bank
P.O. Box 6201
Carol Stream, IL 60197


Christopher Theophilus
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Christopher Theophilus
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Christopher Theophilus
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Christopher Theophilus
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Christopher Theophilus
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601

Christopher Theophilus
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Christopher Theophilus
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Comet Home Healthcare, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Comet Home Healthcare, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Comet Home Healthcare, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Comet Home Healthcare, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Comet Home Healthcare, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Comet Home Healthcare, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Comet Home Healthcare, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601

D'Andre Hooks-Czapansky
c/o Law Offices of Robert Orman
1 N. LaSalle Street, Suite 1775
Chicago, IL 60602


Department of Treasury
Internal Revenue Service
Kansas City, MO 64999


Diana J. Gumila Inmate #47354-424
3301 Leestown Road
Lexington, KY 40511


Diana J. Gumila Inmate #47354-424
3301 Leestown Road
Lexington, KY 40511


Diana J. Gumila Inmate #47354-424
3301 Leestown Road
Lexington, KY 40511


Diana J. Gumila Inmate #47354-424
3301 Leestown Road
Lexington, KY 40511


Diana J. Gumila Inmate #47354-424
3301 Leestown Road
Lexington, KY 40511


Diana J. Gumila Inmate #47354-424
3301 Leestown Road
Lexington, KY 40511


Diana J. Gumila Inmate #47354-424
3301 Leestown Road
Lexington, KY 40511


Felicia Hayes
9732 Southwest Highway
Oak Lawn, IL 60453


Felicia Hayes
9732 Southwest Highway
Oak Lawn, IL 60453

Felicia Hayes
9732 Southwest Highway
Oak Lawn, IL 60453

Felicia Hayes
9732 Southwest Highway
Oak Lawn, IL 60453

Felicia Hayes
9732 Southwest Highway
Oak Lawn, IL 60453

Felicia Hayes
9732 Southwest Highway
Oak Lawn, IL 60453

Felicia Hayes
9732 Southwest Highway
Oak Lawn, IL 60453

Felix I. Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Felix I. Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Felix I. Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Felix I. Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Felix I. Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Felix I. Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Felix I. Omorogbe
18009 Donatus Drive
Lansing, IL 60438


Gloria Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Gloria Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Gloria Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Gloria Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Gloria Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Gloria Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Gloria Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


GOVVAS Health Care Services, Inc.
c/o Lavelle Law Ltd.
501 Colfax
Palatine, IL 60067


GOVVAS Health Care Services, Inc.
c/o Lavelle Law Ltd.
501 Colfax
Palatine, IL 60067

GOVVAS Health Care Services, Inc.
c/o Lavelle Law Ltd.
501 Colfax
Palatine, IL 60067


GOVVAS Health Care Services, Inc.
c/o Lavelle Law Ltd.
501 Colfax
Palatine, IL 60067


GOVVAS Health Care Services, Inc.
c/o Lavelle Law Ltd.
501 Colfax
Palatine, IL 60067


GOVVAS Health Care Services, Inc.
c/o Lavelle Law Ltd.
501 Colfax
Palatine, IL 60067


GOVVAS Health Care Services, Inc.
c/o Lavelle Law Ltd.
501 Colfax
Palatine, IL 60067


Home Life Healthcare Corp.
c/o Rimpalbahen Patel, R.A.
5540 Bear Claw Court
Hoffman Estates, IL 60192


Home Life Healthcare Corp.
c/o Rimpalbahen Patel, R.A.
5540 Bear Claw Court
Hoffman Estates, IL 60192


Home Life Healthcare Corp.
c/o Rimpalbahen Patel, R.A.
5540 Bear Claw Court
Hoffman Estates, IL 60192


Home Life Healthcare Corp.
c/o Rimpalbahen Patel, R.A.
5540 Bear Claw Court
Hoffman Estates, IL 60192

```
Home Life Healthcare Corp.
c/o Rimpalbahen Patel, R.A.
5540 Bear Claw Court
Hoffman Estates, IL 60192


Home Life Healthcare Corp.
c/o Rimpalbahen Patel, R.A.
5540 Bear Claw Court
Hoffman Estates, IL 60192


Home Life Healthcare Corp.
c/o Rimpalbahen Patel, R.A.
5540 Bear Claw Court
Hoffman Estates, IL 60192


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664


Jessica Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Jessica Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Jessica Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Jessica Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Jessica Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
```

Jessica Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Jessica Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Miranda Home Health Care, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Miranda Home Health Care, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Miranda Home Health Care, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Miranda Home Health Care, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Miranda Home Health Care, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Miranda Home Health Care, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Miranda Home Health Care, Inc.
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601

Naimish Patel
5540 Bear Claw Court
Hoffman Estates, IL 60192

Naimish Patel
5540 Bear Claw Court
Hoffman Estates, IL 60192

Naimish Patel
5540 Bear Claw Court
Hoffman Estates, IL 60192

Naimish Patel
5540 Bear Claw Court
Hoffman Estates, IL 60192

Naimish Patel
5540 Bear Claw Court
Hoffman Estates, IL 60192

Naimish Patel
5540 Bear Claw Court
Hoffman Estates, IL 60192

Naimish Patel
5540 Bear Claw Court
Hoffman Estates, IL 60192

Patricia Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Patricia Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Patricia Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Patricia Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Patricia Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Patricia Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Patricia Omorogbe
18009 Donatus Drive
Lansing, IL 60438

Physicians Preferred Home Care, Inc
c/o Felicia Hayes, R.A.
9732 Southwest Highway
Oak Lawn, IL 60453

Physicians Preferred Home Care, Inc
c/o Felicia Hayes, R.A.
9732 Southwest Highway
Oak Lawn, IL 60453

Physicians Preferred Home Care, Inc
c/o Felicia Hayes, R.A.
9732 Southwest Highway
Oak Lawn, IL 60453

Physicians Preferred Home Care, Inc
c/o Felicia Hayes, R.A.
9732 Southwest Highway
Oak Lawn, IL 60453

Physicians Preferred Home Care, Inc
c/o Felicia Hayes, R.A.
9732 Southwest Highway
Oak Lawn, IL 60453

Physicians Preferred Home Care, Inc
c/o Felicia Hayes, R.A.
9732 Southwest Highway
Oak Lawn, IL 60453

Physicians Preferred Home Care, Inc
c/o Felicia Hayes, R.A.
9732 Southwest Highway
Oak Lawn, IL 60453

```
Prashant Patel
1310 Timberline Drive
Bartlett, IL 60103


Prashant Patel
1310 Timberline Drive
Bartlett, IL 60103


Prashant Patel
1310 Timberline Drive
Bartlett, IL 60103


Prashant Patel
1310 Timberline Drive
Bartlett, IL 60103


Prashant Patel
1310 Timberline Drive
Bartlett, IL 60103


Prashant Patel
1310 Timberline Drive
Bartlett, IL 60103


Prashant Patel
1310 Timberline Drive
Bartlett, IL 60103


Specialized Loan Servicing, LLC
8742 Lucent Blvd.
Ste. 300
Highlands Ranch, CO 80129


Sylviette Young
c/o Law Offices of Robert Orman
1 N. LaSalle Street, Suite 1775
Chicago, IL 60602


Teresa Dedina
c/o Law Offices of Robert Orman
1 N. LaSalle Street, Suite 1775
Chicago, IL 60602
```

United States of America ex rel
c/o US Attorney's Office
219 S. Dearborn Street
Chicago, IL 60604


Valentine Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Valentine Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Valentine Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Valentine Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Valentine Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Valentine Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Valentine Akpata
670 N. 1st Bank Drive
Palatine, IL 60067


Vianka Calderon
c/o Law Offices of Robert Orman
1 N. LaSalle Street, Suite 1775
Chicago, IL 60602


Vivian Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601

```
Vivian Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Vivian Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Vivian Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Vivian Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Vivian Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601


Vivian Nwakah
c/o Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
```